UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIA MARETT, individually and as the representative of a class of similarly situated persons,

    Plaintiffs,

-against-

160 EAST 48TH STREET OWNER II LLC d/b/a The Buchanan,

    Defendant.

18-cv-4072

**NOTICE OF SETTLEMENT**

Now comes Defendant 160 EAST 48TH STREET OWNER II LLC d/b/a The Buchanan, by and through counsel, to provide Notice to the Court that the present case has been settled between the parties, and states:

1. A settlement agreement (the "Agreement") is in the process of being finalized.

2. As such, the parties respectfully request the Court issue an Order of Dismissal.

Dated: July 17, 2018
   New York, New York

**ROSENBERG & ESTIS, P.C.**

By: *Brett B. Theis, Esq. / Michael T. Carr, Esq.*
  Brett B. Theis, Esq.
  Michael T. Carr, Esq.
  733 Third Avenue
  New York, New York 10017
  Tel: (212) 867-6000
  Fax: (212) 551-8484
  btheis@rosenbergestis.com
  mcarr@rosenbergestis.com
  *Attorneys to Defendant*