UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIA MARETT,

        Plaintiff,

-v-

160 EAST 48TH STREET OWNER II LLC, d/b/a THE BUCHANAN.

        Defendants.

No. 18-cv-4072 (RJS)
ORDER



RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendant informing the Court that the parties have reached a settlement. (Doc. No. 7.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated:    July 26, 2018
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE